People of State of Illinois, Plaintiff-Appellee, v. Willie Wilson, Defendant-Appellant.

Gen. No. 53,225. (Abstract of Decision.)

First District, Second Division.

May 20, 1969.

No briefs filed for this opinion. Opinion by MR. JUSTICE BURKE. Not to be published in full.